## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Munoz, Juan | Case Number:  08 B 13418 |
| Munoz, Laura | Judge:  Hollis, Pamela S |
| Printed: 11/25/08 | Filed:  5/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 15, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,782.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,519.00 |
| Trustee Fee: | | 178.00 |
| Other Funds: | | 2,085.00 |
| Totals: | 4,782.00 | 4,782.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,519.00 | 2,519.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Healthcare Associates Credit Union | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 89,000.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 493.67 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 290.83 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 2,130.80 | 0.00 |
| 8. | American General Finance | Unsecured | | No Claim Filed |
| 9. | California Dept Of Transportation | Unsecured | | No Claim Filed |
| 10. | American General Finance | Unsecured | | No Claim Filed |
| 11. | Bank One | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 15. | Chase Bank | Unsecured | | No Claim Filed |
| 16. | Cingular Wireless | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | American Express | Unsecured | | No Claim Filed |
| 21. | HomeComings Financial Network | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 25. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 26. | Sam's Club | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Munoz, Juan

Munoz, Laura

Printed: 11/25/08

Case Number:  08 B 13418

Judge:  Hollis, Pamela S

Filed:  5/27/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sallie Mae | Unsecured | | No Claim Filed |
| 28. UNVL/CITI | Unsecured | | No Claim Filed |
| 29. US Bank | Unsecured | | No Claim Filed |
| 30. Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| | | $ 94,434.30 | $ 2,519.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 178.00 |
| | $ 178.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

